IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>        Plaintiff,<br><br>vs.<br><br>BNN ENTERPRISES, INC. dba SUPERIOR CAR WASH et al.,<br><br>        Defendants. | CASE NO. 07-CV-603 H (JMA)<br><br>**ORDER GRANTING MOTION FOR DISMISSAL** |

**IT IS HEREBY ORDERED,** that Magistrate Judge Jan M. Adler or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 07 CV 0603 H (JMA) is hereby dismissed in its entirety and with prejudice. Each Party shall bear its, his, or her own costs and fees, except as otherwise set forth in the Settlement

///

///

1 | Agreement, which is incorporated herein by reference.
2 |     The Court had set a hearing on an Order to Show Cause why
3 | the case should not be dismissed under Local Civil Rule 41.1.
4 | Since the parties have submitted a joint motion to dismiss the
5 | case, the Court vacates the hearing set for January 22, 2008.
6 |     **IT IS SO ORDERED.**
7 | DATED:   December 28, 2007

_____
HONORABLE MARILYN L. HUFF,
U.S. DISTRICT COURT JUDGE